**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**FREDERICK FRAZIER,**

> *Plaintiff,*

 **v.**                                                        **Case No.: 4:25cv195-MW/MJF**

**DEPUTY BISH, et al.,**

> *Defendants.*
> _____/

<u>**ORDER ACCEPTING REPORT AND RECOMMENDATION**</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 33, and has also reviewed *de novo* Plaintiff's objections, ECF No. 38. Plaintiff's only objection is that a lesser sanction than dismissal is appropriate in this case for his failure to truthfully disclose his litigation history. This Court disagrees and concurs with the Magistrate Judge's recommendation. Plaintiff is free to refile his action as a new case and truthfully disclose his litigation history in accordance with the Local Rules.

 Accordingly,

 **IT IS ORDERED**:

The report and recommendation, ECF No. 33, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Plaintiff's second amended complaint, ECF No. 39, is **STRICKEN** as a legal nullity. The Clerk shall enter

judgment stating, "This case is **DISMISSED without prejudice** pursuant to this Court's inherent authority to manage its docket and enforce the Local Rules, based on Plaintiff's failure to comply with the complaint form's explicit instructions and failure to truthfully disclose his litigation history." The Clerk shall close the file.

      **SO ORDERED on April 14, 2026.**

                          **s/Mark E. Walker**
                          **United States District Judge**